PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: David Byrnes                                         Cr.: 02-00827-001

Name of Sentencing Judicial Officer: The Honorable Joel A. Pisano

Date of Original Sentence: 10/07/03

Original Offense: Conspiracy to Import More Than 100 grams of Heroin

Original Sentence: BOP 33 months to be followed by 4 years of supervised release

Type of Supervision: Supervised Release                        Date Supervision Commenced: 03/14/05

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On July 12, 2006, the offender reported to the Probation Office and admitted to the daily usage of marijuana, heroin, and cocaine for a three (3) week period. |

U.S. Probation Officer Action:
The offender was admitted into a detox at St. Michael's Hospital in Newark, NJ. On July 17, 2006, the offender was admitted into a long term inpatient program at Integrity House, Secaucus, NJ. Should the offender leave the facility for any reason, the Probation Office will be requesting the issuance of a warrant and that supervision be revoked.

Respectfully submitted,

By: Edward J. Irwin
U.S. Probation Officer
Date: 07/20/06

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other

Signature of Judicial Officer

7/26/06
Date